# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

CHARLES HARRIS,

    Plaintiff,

v.

CARL HUMPHREY; DOUG UNDERWOOD;
DANNY PILAND; NATHAN HANDBERRY;
CHERYL CHAPMAN; VANESSA BUTTS-
HAWKINS; Mr. EDWARDS; Mr.
BROOKINS; Mr. TAYLOR; Mr. DUNKIN;
C. COOPER; R. BONE; T. POORE;
C. W. REESE; Ms. SMITH; Mr. ROULAIN;
JOHN DOE; APRIL FULLINGTON;
Ms. WOODS; SHARON HOGAN;
C. CURRY; Mr. GRIFFIS; K. KELLY;
Ms. LANDE; STEPHANIE YAUGHN;
T. REAVES; LARRY JORDAN;
CHARLES JORDAN; Mr. KING;
Ms. WALKER; ALEXIS E. L. CHASE;
JOHN DOE; JANE DOE; BETTY
LEE McGREW; JOHN COOK;
Mr. REESE; WILLIAM DANFORTH;
TERRY ANGOVE; CALVIN ORR;
Mr. TIPPENS; JOHN DOE; "BALD
HEAD SHORT"; T. BROWN; DENNIS
BROWN; BETTY BAILEY-DEAN;
ADAM LEE; RYAN MATTHEWS;
G. ROWLLS; Mr. TINCHER; ALISA
HAMMOCK; JOY McKEE; ERIC HORTON;
FRED CARTER; Mr. CLARK;
Mr. AVERETT; Mr. JOHNSON;
J. STARKEY; Mr. STEWART;
Mr. ADAMSON; Mr. TETHEROE;
JOHN DOE; Mr. SHROPSHIRE;
PATRICIA ANN ROBINSON;
JOYCE PLEDGER; CEDERIC TAYLOR;
Mr. SPRAYBERRY; Ms. BROCK;
Mr. DAVIS; Mr. WELLS; JOHN DOE, Lt.;
JOHN DOE, 3RD Shift Officer;
Mr. ELEAM; BRIAN OWENS; DERRICK

CIVIL ACTION NO.: CV510-074

AO 72A
(Rev. 8/82)

SCHOFIELD; HARRIS HODGES;
MICHAEL NAIL; TIMOTHY WARD;
RANDY TILLMAN; JOHNNY SIKES;
SONNY PERDUE; J. DARRELL HART;
SHIRLYN THOMAS; MARK CROSBY;
WALLACE D. MINCEY; FRANKLIN
MINCEY; RANDALL HOLDEN; DAVID
PELKA; PAM SMITH; PATRICIA HAYES;
TIMOTHY HAYES; MIKE GRIFFIN;
KEVIN GRIFFIN; Mr. THRIFT; NATHAN
BROOKS; JOHN DOE, Lt.; Mr. COX;
Lt. Mr. COX; C. THORTON; Mr. GODWIN;
JONATHAN WATERS; DAVID
ALDERMAN; MARY KING; JOHN
ROBERTS; TERRY KOKOSENSKI;
KEITH MORRIS; Mr. PERRY; Mr. ALTMAN;
Mr. TAFT; LAWRENCE TINDALL;
M. BARNES; S. CREWS; BETH
HOLLAND; JOHN ANDERSON; RICKY
CROSBY; Mr. HUTTO; CONTRECIA
DAWSON; EDWINA JOHNSON;
Mr. PETRIE; Ms. FORCE; Ms. KIRKLAND;
GAIL FERRAR; Mr. BUSSEY; African
American JANE DOE; Ms. SAPP;
MATTHEW MOORE; Mailroom
JANE DOE; PATRICIA DEMARCO;
TERRY JOHNS; Mr. TURNER;
Mr. GAINEY; KIMBERLY HARMON;
Mr. YOUGHMAN; CODY TANNER;
BENJAMIN TANNER; J. PETERSON;
GERALD B. PROULY; Mr. KIRKLAND;
Mr. FULLARD; Lt. JOHN DOE; Lt JOHN
DOE 2; Officer JOHN DOE; and
Sgt. JOHN DOE,

          Defendants.

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that he was not given leave to correct or amend his complaint. Contrary to Plaintiff's assertion, Plaintiff was, in fact, ordered to

amend his complaint by choosing which claim or related claims he wished to pursue. (Doc. No. 8). Ignoring the Court's order, Plaintiff submitted an amended complaint, which still listed over a hundred defendants at various institutions with unrelated alleged violations of Plaintiff's rights.

Plaintiff's Objections are without merit and are **OVERRULED**. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**, without prejudice. The Clerk of Court is directed to enter the appropriate Judgment of dismissal.

**SO ORDERED**, this 29 day of December, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA